IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIANA NEVAREZ ) | |
| ) | No. 3:08-1087 |
| v. ) | JUDGE ECHOLS |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| ACCIDENT INSURANCE COMPANY, ) | |
| ET AL. ) | |

**O R D E R**

Pursuant to the Stipulation of Dismissal (Docket Entry No. 36) filed by the parties, this action is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE